L. A. PROPHITT v. STATE.
5 Div. 931.

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.
Appeal dismissed.

PROVIDENT LIFE & ACCIDENT INS. CO.
v. Donia COOLEY.
6 Div. 554.

Court of Appeals of Alabama.
April 19, 1934.

Wm. S. Pritchard and Jas. W. Aird, both of Birmingham, for appellant.

Mullins, Pointer & Deramus, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

W. O. PRUITT v. STATE.
8 Div. 777.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

James PRYOR v. STATE.
7 Div. 115.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

Tillman PUGH v. STATE.
1 Div. 215.

Court of Appeals of Alabama.
Nov. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.

Milas QUILLIN v. STATE.
8 Div. 113.

Court of Appeals of Alabama.
Feb. 26, 1935.

Rehearing Denied March 19, 1935.

SAMFORD, Judge.
Affirmed.